IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

JAMES MITHEHILL                                                       PLAINTIFF

v.                                      3:17CV00234-JLH

STEVE ROURX, Jail Administrator,
Poinsett County Detention Center; *et al.*                          DEFENDANTS

## JUDGMENT

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this case is DISMISSED without prejudice. The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Judgment and the corresponding Order would not be taken in good faith.

DATED this 25th day of October, 2017.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE